UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PAUL G.,

    Plaintiff,

v.                                      No. 5:20-CV-268-H

KILOLO KIJAKAZI[1],
Acting Commissioner of Social Security,

    Defendant.

## ORDER OF DISMISSAL

On August 27, 2021, United States Magistrate Judge D. Gordon Bryant, Jr. made Findings, Conclusions, and a Recommendation (FCR) in this case. Dkt. No. 28. Judge Bryant recommended that the Court grant the Defendant's Unopposed Motion to Reverse and Remand the case to the Social Security Administration for further proceedings. Dkt. No. 28 at 1; *see* Dkt. No. 27. No objections to the FCR were filed. The Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. Accordingly, the decision of the Administrative Law Judge is reversed and the case is remanded to the Acting Commissioner of Social Security for further proceedings consistent with sentence four of 42 U.S.C. § 405(g). The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

So ordered on September 16, 2021.

                                                    JAMES WESLEY HENDRIX
                                                    UNITED STATES DISTRICT JUDGE

---

[1] On July 9, the President designated Kilolo Kijakazi as the Acting Commissioner of Social Security. The Clerk is ordered to update the docket accordingly. *See* Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).