UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PAUL G.,

    Plaintiff,

v.                                                   No. 5:20-CV-268-H-BQ

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

United States Magistrate Judge D. Gordon Bryant made Findings, Conclusions, and a Recommendation in this case on August 27, 2021. Dkt. No. 28. The Court adopted Judge Bryant's recommendation that the decision of the Commissioner of Social Security be reversed and that the case be remanded to the Commissioner for further proceedings. Dkt. No. 29; *see* Dkt. No. 28 at 2.

Plaintiff then filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Dkt. No. 32; *see also* Dkt. No 31 (motion to extend time to file motion for attorney's fees). The Commissioner filed a response indicating that the plaintiff is entitled to the full amount he seeks. Dkt. No. 34. Judge Bryant made findings, conclusions, and a recommendation (FCR) as to plaintiff's motions, and recommends that the plaintiff's motions be granted in full. Dkt. No. 36 at 1, 3. Judge Bryant also independently concluded that the rates and work performed by plaintiff's attorney were both reasonable. *Id.* at 2 n.5. No objections to Judge Bryant's FCR on plaintiff's unopposed motions for attorney's fees and an extension of time in which to seek them were filed, so the Court has reviewed it for

plain error only. Having found none, the Court accepts the FCR of the United States Magistrate Judge (Dkt. No 36).

The plaintiff's motions (Dkt. Nos. 31, 32) are granted. Pursuant to the Equal Access to Justice Act, the plaintiff is hereby awarded $9,132.44 in attorney's fees, $12.60 in expenses, and $400 in costs,* all payable to Plaintiff Paul G. and mailed in care of his attorney, Ryan T. Snow, at the Zendeh Del Law Firm PLLC, 7600 San Jacinto Place, Suite 200, Plano, Texas 75024. The Court previously entered a judgment in this case (Dkt. No. 30); another is not necessary to fully resolve this case.

So ordered on February 8, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

* The $400 in costs and $12.60 in expenses should be paid by the Treasury's Judgment Fund in accordance with 31 U.S.C. § 1304.